**NOT FOR PUBLICATION**

**FILED**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

DEC 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-3262 |
| Plaintiff - Appellee, | D.C. No. 1:18-cr-00050-SPW-1 |
| v. | |
| ANTONIO FRANCISCO GUTIERREZ, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted December 17, 2025**

Before:     PAEZ, CHRISTEN, and KOH, Circuit Judges.

Antonio Francisco Gutierrez appeals from the district court's order denying

his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We

have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court agreed with the parties that the incapacitation of

---

*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Gutierrez's wife constituted extraordinary and compelling circumstances, but it denied compassionate release based on the 18 U.S.C. § 3553(a) factors. Gutierrez contends that the district court overemphasized the seriousness of his offense and underappreciated the factors in his favor. We review the court's decision for abuse of discretion. *See United States v. Keller*, 2 F.4th 1278, 1281 (9th Cir. 2021).

The district court considered Gutierrez's mitigating factors, including his remorse and "laudable efforts to pursue rehabilitation and education while in custody." However, it concluded that early release would "denigrate the seriousness of his crimes, undermine respect for the law, and pose a threat to the safety of the community." Contrary to Gutierrez's assertion, the court did not abuse its discretion in weighing the § 3553(a) factors and finding that they did not support relief. *See United States v. Robertson*, 895 F.3d 1206, 1213 (9th Cir. 2018) (district court abuses its discretion only if its decision is illogical, implausible, or not supported by the record); *United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**